TO: Court of Appeals,
   Re: Court of Appeals Number: 03-14-00398-CR
         Trial Court Case Number: D5M-13-01853
Style: Benny Rivera Rodgers
         v. The State of Texas

RECEIVED
MAR 1 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

FILED
March 10, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

TO: Jeffrey D. Kyle, Clerk
Dear Sir,

   I'm writing to you today, because I am not quite sure what is happening on this my Appeal. My attorney, and I say that with much rancor in my heart. The better term ~~into~~ would be the State's "figure-head" public defender has sent me a brief that does the opposite, of helping the person who she is supposed to help; me - Benny Rodgers!

   I'm left to muddle through this Appeal praying the 3rd Court of Appeals will set things right. I'm not the attorney, but I would like to cover something things, which to me speaks to the States judical claim to justice. By that I mean, "the end justifies the means".

① On the Motions: Discovery + To Suppress

a) The wrong address or the official address of said apartment was never entered into any exhibit

b.) the so called "photograph" that was entered was a copy of an apartment, that was so dark that I couldn't tell if it was my own apartment.

c.) The apartment I live at is: 610 W. Broadway Apt. D. not B. and the house is situated on the ~~███~~. N.W. side of said Blk not N.E. which Officer Fraiser and D.A. claim.

d.) Officer Fraiser lied on the stand stating he had gotten address number and letter from my ex-wife — I'm not married and my ex-girlfriend lived in Arkansas for the past ten years. No ~~proof~~ proof of anyone to confim.

e.) the arrest/search warrant was the same form-type that was used in my previous case as was the copy of the photograph used. The items taken were not even mentioned on said search warrant — they stole my antiques that I collect.

② My own attorney did not even get official address verification. He asked me if there was anyone in the court-room who knew where I lived. I told him that I thought my Brother-in-law did (he took me to Paintrock for my court hearing)

③ On the Jury Selection:

a) I asked my attorney: Who decides who gets to be on the Jury Panel? He answered; "a computer does it."

b.) there was two of my blood-brothers on the Panel along with a brother-in-law, 2-3 cousins (1st + 2nd), 2-3 law enforcement officers, 2 or 3 wives of officers, 1 aunt of the Sheriff, and most of the rest were employed in Correction.

c.) Judge Amos who was the Judge who signed the arrest/search-warrant and set the $100,000.00 Bond addressed the chosen Jurist and bought lunch for them. He also stated that he would talk to them at lunch personally — that is not right, whether he did or not.

d.) How can any attorney-for-defense go through a whole trial procedure without at least one (1) objection?

(4) On my appellant attorney; I wrote her many times (4) explaining to her that I needed to get an Appeal Bond, so that I could be home for my Son. His mother; my ex-girlfriend, committed suicide on July 9th 2014, and I asked "my" attorney to file the Motion. I did not hear from her until I recieved her brief withdrawing for my case. Where she outlined the D.A. work she did for them against me. (sorry) (Dated Feb. 06, 2015)

I'm sorry that this is not a proper format in addressing this Court. I'm asking and praying that the review panel will look at my case closely. I'm not an attorney so I don't know the law as I should, but I do see the injustice that has gotten prevelant in our lower courts; where "public defenders" are just as guilty of; "the ends justifies the means attitude". And most offenders are advised to plea-bargain. I was offered 9-months plea-bargain, which at the time was offered at the hearing. I would have accepted only I was care-taker of an elderly man and needed time to find replacement, which of coarse would not or was not even considered. However, God has directed my path on this Appeal and I know this Court will do God's justice. I'm humbly in your care.

2 Corinthians 2:(14-15)

Thank you

~Benny~

Benny Rodgers

P/s- I'm sending Original ~Copy~ of my attorneys letter stating her response to my letters — I asked for P.R. Bond or To file Motion for Bond (she did not

# Hennington &Associates

Amy Hennington

---

February 5, 2015

Benny Rivera Rodgers TDCJ #01924617
Bartlett State Jail
1018 Arnold Drive
Bartlett, TX 76511

RE:    RE:    03-14-00398-CR; BENNY RIVERA RODGERS V. STATE OF TEXAS

Dear Mr. Rodgers:

This letter is to address the issues you have inquired about during the time since the Court appointed me to represent you on your appeal.

1. Letter received July 14, 2014: PR Bond – once a defendant is convicted and sentenced to jail, the defendant is no longer eligible for a PR Bond; otherwise known as a personal recognizance bond.
2. Letter of received August 20, 2014: It is not the practice of this office to provided copies of the appellate record. The items that are part of the Appellate record may be requested in a different manner as set out in the other letter mailed to you on this same date.
3. Letter received September 27, 2014: Again, there is not a process for a request for a PR Bond.
4. Letter to court received December 10, 2014: Again, there is not a process for a request for a PR Bond. However, if you are able to pay for a bond, a Motion for a Bond could be filed. Typically, the amount of the Bond is significantly higher than the Bond set at the time of your trial.

Hopefully, this letter answers your inquiries.

Sincerely,

Amy Hennington

---



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

February 11, 2015

The Honorable George E. McCrea
District Attorney
119th Judicial District
124 W. Beauregard, Suite B
San Angelo, TX 76903
* DELIVERED VIA E-MAIL *

Ms. Amy A. Hennington
Amy Hennington & Associates P.C.
125 South Washington Street
San Angelo, TX 76901
* DELIVERED VIA E-MAIL *

Mr. Benny Rivera Rodgers
Bartlett State Jail
1018 Arnold Drive
TDCJ # 01924617
Bartlett, TX 76511

RE:    Court of Appeals Number:   03-14-00398-CR
        Trial Court Case Number:   DSM-13-01853

Style:   Benny Rivera Rodgers
        v. The State of Texas

Dear Mr. Benny Rodgers and Counsel:

    Appellant's motion for extension of time to file brief was granted by this Court on the date noted above. Accordingly, the *Anders* brief tendered by counsel on behalf of appellant was filed as of this date. No oral argument will be scheduled. If appellant requests a copy of the record, the trial court clerk is required to furnish appellant a copy. *See* TRAP 34.5(g) and 34.6(h). Appellant's motion to withdraw as counsel will remain on the motion docket pending disposition of the appeal.

The Honorable Barbara K. Hoffman
County and District Clerk
Concho County Courthouse
P. O. Box 98
Paint Rock, TX 76866

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *F. Hewtty*

Frances Hewtty, Deputy Clerk

cc:    The Honorable Barbara K. Hoffman

Benny Rodgers #1924617
Bartlett State Jail
101B Arnold Dr.
Bartlett Tx.
76511

Legal Mail

PRIVILEGED

AUSTIN TX 787
RIO GRANDE DISTRICT
03 MAR 2015 PM 5 L

USA
FOREVER

Court of Appeals
C/o - Jeffrey D. Kyle Clerk
Third District of Texas
P.O. Box 12547,
Austin, TX.
78711-2547

Legal Mail

Legal Mail